JORGE ANIBAL P. P.,

       Petitioner,

v.

TODD BLANCHE, *Acting Attorney General, United States Department of Justice*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; and DAVID VENTURELLA, *Acting Director of Immigration and Customs Enforcement*,

      Respondents.

Case No. 26-cv-3125 (LMP/LIB)

**ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Jorge Anibal P. P.'s Verified Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before **Monday, July 6, 2026**, certifying the true cause and proper duration of Jorge Anibal P. P.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Jorge Anibal P. P.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Jorge Anibal P. P.'s claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Jorge Anibal P. P. intends to file a reply to Respondents' answer, he must do so on or before **Thursday, July 9, 2026**;

4.      No further submissions from the parties will be permitted except as authorized by Court order.

5.      Respondents are **ORDERED** not to remove Jorge Anibal P. P. outside of the District of Minnesota during the pendency of these proceedings, so that Jorge Anibal P. P. may consult with his counsel and participate in this litigation while the Court considers his Petition.[1]

Dated: June 29, 2026                    *s/Laura M. Provinzino*
Time: 1:15 p.m.                         Laura M. Provinzino
                                        United States District Judge

---

[1]      It is not clear whether Jorge Anibal P. P. is currently in Minnesota; the Petition alleges that he is currently detained at the Kandiyohi County Jail in Willmar, Minnesota, ECF No. 1 ¶ 4, but the Petition also requests "transfer [] back to Minnesota," *id.* ¶ 1.  For avoidance of doubt, paragraph 5 of this Order only applies if Jorge Anibal P. P. is physically in Minnesota at the time of this Order's issuance.